J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 474-2642
Fax: (702) 216-6178
Email: cjorgensen@lrrc.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*Maria C. Van Zandt*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA C. VAN ZANDT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QUANTUM COLLECTIONS, INC.; BARCLAYS BANK, DELAWARE; FORD MOTOR CREDIT-OMAHA SERVICE CENTER; FORD MOTOR CREDIT COMPANY; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01116-APG-NJK<br><br>**STIPULATION TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Compl. Filed:  May 18, 2016 |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Maria C. Van Zandt ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

## RECITALS

A.   Plaintiff filed the Complaint ("Complaint") against Barclays on or about May 18, 2016.

B.   Barclays was served with the Complaint on June 7, 2016.

C.   Barclays' current deadline to respond is June 28, 2016.

D.   The parties agreed to extend Barclays' time to respond to the Complaint through July 26, 2016, in order to give Barclays time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E.   There is good cause to grant this stipulation because Barclays requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F.   Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Barclays respectfully request that the Court extend Barclays' time to respond to Plaintiff's Complaint through July 26, 2016.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## STIPULATION

NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays has up to and including July 26, 2016, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED: June 28, 2016           LEWIS ROCA
                               ROTHGERBER CHRISTIE LLP


                               By: */s/ J Christopher Jorgensen*
                                   J Christopher Jorgensen
                                   Attorneys for Defendant
                                   Barclays Bank Delaware


DATED: June 28, 2016           HAINES & KRIEGER, LLC


                               By: */s/ David H. Krieger*
                                   David H. Krieger, Esq.
                                   Attorneys for Plaintiff
                                   Maria C. Van Zandt

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: June 30, 2016

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT