UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA C. VAN ZANDT,<br><br>            Plaintiff,<br><br>    v.<br><br>QUANTUM COLLECTIONS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No. 2:16-cv-01116-APG-NJK<br><br>**ORDER FOR STATUS REPORT** |

On December 1, 2016, the plaintiff and defendant Quantum Collections, Inc. informed the court that they had reached a settlement and anticipated filing a stipulation of dismissal within sixty days. ECF No. 34.  No stipulation has been filed.

On January 10, 2017, the plaintiff and defendant Experian Information Solutions, Inc. informed the court that they had reached a settlement and anticipated filing a stipulation of dismissal within sixty days. ECF No. 43.  No stipulation has been filed.

IT IS THEREFORE ORDERED that on or before April 14, 2017, the parties shall file stipulations of dismissal or a joint status report.

DATED this 3rd day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE